**FILED**

**September 02, 2010**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002901944

Total pages: 2

JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**DAVID & CARLA SEXAUER,**

Debtor(s).

_____ /

Case No.  10-12198-B-7
DC No.   JES-1

**MOTION FOR  AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date:    October 6, 2010
Time:    10:00 a.m.
Dept:    B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1.   He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2.   The above-captioned case was filed under Chapter 7 on 3/3/10.

3.   This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a).  This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  This motion is brought pursuant to 11 U.S.C. §363.

4.   Among the assets of this estate are: 1934 Chevy Sedan bearing VIN 4352436; Sterling 22 Semi Automatic; Ruger 22 Semi Auto; Ruger 9mm Semi Auto; Stevens model 67 Pump 12 gauge; Harrington & Richardson 410 single shot; Remington 22 bolt action model 41; Wards

Western Field 410 gauge; Remington model 700, with scope; Remington model 760 pump; Remington 30 caliber pump; Stevens 22-410; and a Winchester 12 gauge.

5. The trustee has obtained an offer from debtors, David & Carla Sexauer, to purchase said asset(s),for the total sum of $11,428, with a claimed exemption of $6,428, for net cash to the estate of $5,000. Funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to debtors David & Carla Sexauer.

DATED: 9/2/10

JAMES E. SALVEN,
Movant

-2-